UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> DOMINICK BARREAU, et al., <br><br> Defendants. | 1:08-cv-546-LJO-SMS <br><br> ORDER DIRECTING THE CLERK TO REDESIGNATE THIS ACTION AS A REGULAR CIVIL CASE BY REMOVING THE "P" FROM THE CASE NUMBER <br><br> ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE, REASSIGN JUDGES, AND SEND NOTICE OF NEW CASE NUMBER <br><br> ORDER DIRECTING THE PARTIES TO USE THE REGULAR CIVIL CASE NUMBER |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On April 21, 2008, Plaintiff filed the complaint upon which this action proceeds.

The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison and assigned a "P" to

1

the case number. Upon further review by the Court, it has been determined that the present action does not involve state prison conditions of confinement.

Therefore, it IS ORDERED that

1) The Clerk of the Court IS DIRECTED to

    a) Change the designation of the present case to reflect that of a regular civil action by removing the "P" from the case number; and

    b) Randomly assign new judges to the case; and

    c) Send a notice of the new case number to all parties in this action; and

2) The parties ARE DIRECTED to use the redesignated case number, from which the "P" suffix has been removed, in the pleadings and documents filed in this action.

IT IS SO ORDERED.

**Dated:    April 28, 2008**              **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE