UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID WILLIAMS, JR., ) | 1:08-cv-546-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE |
| ) | A COMPLETED AND SIGNED |
| ) | APPLICATION TO PROCEED IN FORMA |
| v. ) | PAUPERIS (DOC. 2) |
| ) | |
| DOMINICK BARREAU, et al., ) | ORDER DIRECTING THE CLERK TO SEND |
| ) | TO PLAINTIFF A BLANK APPLICATION |
| Defendants. ) | TO PROCEED IN FORMA PAUPERIS FOR |
| ) | AN INCARCERATED PLAINTIFF |

Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On April 21, 2008, Plaintiff filed the complaint upon which this action proceeds and an application to proceed in forma pauperis.

Plaintiff's application was not signed, and the application docketed lacked the second page, a certification of an authorized officer, and an original, signed prison trust account statement

1

that includes the entire six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity either to pay the $350.00 filing fee or submit a completed application, with a signed certificate, and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an **original** certified copy of his prison trust account statement for the **six-month period** immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

The Clerk IS DIRECTED to send to Plaintiff a blank application to proceed in forma pauperis for a plaintiff who is incarcerated.

IT IS SO ORDERED.

**Dated:    April 28, 2008**             /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE