# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. WILLIAMS, | 1:08cv546 AWI DLB |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | |
| PORTERVILLE POLICE DEPARTMENT et.al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in the action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 21, 2008, and names Porterville Police Department and Officer Barteau as Defendants.

**DISCUSSION**

A.  Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to

state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

     Plaintiff's complaint appears to state a cause of action pursuant to 42 U.S.C. § 1983. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    Porterville Police Department

    Officer Dominick Barteau

2. The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, an instruction sheet and a copy of the complaint filed April 21, 2008.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Two completed summonses;

    b. One completed USM-285 form for each Defendant; and

    C. Three copies of the endorsed complaint filed on April 21, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    **Dated:**   **May 15, 2008**                               **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE