# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>PORTERVILLE POLICE DEPARTMENT et.al.,<br><br>    Defendants. | 1:08cv546 AWI DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM, AND PLACING PARTIES ON NOTICE THAT THE SUBPOENA TO THE VISALIA PAROLE OFFICE WILL ISSUE AFTER FIFTEEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>(Document 26) |

    On August 17, 2009, Plaintiff Charles David Williams, Jr., ("Plaintiff") filed a motion seeking the issuance of a subpoena duces tecum. Fed. R. Civ. P. 45. Plaintiff is seeking his parole records from the Visalia Parole Office. Plaintiff is proceeding pro se and in forma pauperis, and is entitled to service of the subpoena by the United States Marshal. 28 U.S.C. § 1915(d). The documents sought appear related to his civil rights claims and his motion shall be granted.

    Pursuant to Federal Rule of Civil Procedure 45(b)(1), this order provides the requisite notice to the parties that the Court will, after fifteen days from the date of service of this order, issue the subpoena and direct the United States Marshal to effect personal service.

    IT IS SO ORDERED.

    Dated:   **August 19, 2009**               **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1