# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES D. WILLIAMS, | ) | 1:08cv546 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER REQUIRING THIRD PARTY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |
| v. | ) ) | |
| PORTERVILLE POLICE DEPARTMENT et.al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Charles D. Williams, a state prisoner proceeding pro se and in forma pauperis, filed the instant civil rights action on April 21, 2008. A discovery scheduling order issued on February 19, 2009.

On September 9, 2009, pursuant to Plaintiff's request, the Court issued a subpoena duces tecum to the Visalia Parole Office seeking records relating to Plaintiff's parole.

On September 23, 2009, Plaintiff filed a motion to compel production under the subpoena. He attached a copy of the response from the California Department of Corrections and Rehabilitation ("CDCR")indicating that the records were destroyed.

Accordingly, pursuant to Local Rule 78-230(m), CDCR is ORDERED to file a response within 21 days of service of this motion. The Clerk of the Court is ORDERED to serve a

1

1  courtesy copy of this order on CDCR's Office of Legal Affairs, P.O. Box 942883, Sacramento,
2  CA, 94283-0001.
3     Plaintiff's reply, if any, will be due eight days from the date of service of the opposition.
4  IT IS SO ORDERED.
5  Dated:   **October 7, 2009**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE