# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>PORTERVILLE POLICE DEPARTMENT et.al.,<br><br>             Defendants. | 1:08cv546 AWI DLB<br><br>ORDER STRIKING DOCUMENT 35 AND DIRECTING CLERK OF COURT TO RETURN DOCUMENTS |

Plaintiff Charles David Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. A telephonic conference to set a trial date is scheduled for January 11, 2010.

On December 7, 2009, Plaintiff filed a document entitled, "Judicial Notice for Submitting Paper Documents and/or Witness Declarations to be Used During Trial." He attached copies of five documents. Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the Court until the course of litigation brings the evidence into question. The pre-trial order, which will be issued after a trial date is set, will set a deadline for submission of exhibits.

1

1 | Therefore, the Court ORDERS that Document 35 be STRICKEN and the documents BE
2 | RETURNED to Plaintiff.
3 | IT IS SO ORDERED.
4 | **Dated:     December 23, 2009**                            **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE