# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVID WILLIAMS, | 1:08cv546 AWI DLB |
| Plaintiff, | ORDER SETTING TELEPHONIC TRIAL SETTING CONFERENCE |
| v. | Date: January 11, 2010 |
| PORTERVILLE POLICE DEPARTMENT et.al., | Time: 3:00 p.m. |
| | Location: Courtroom 2 |
| Defendants. | |

Plaintiff Charles David Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed on April 21, 2008, against Defendants Dominick Barteau and the City of Porterville.

The deadline for filing pre-trial dispositive motions was December 17, 2009, and neither party filed a motion. Therefore, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic trial setting conference shall be held before the Honorable Anthony W. Ishii, in **Courtroom 2, at 3:00 p.m.** on **January 11, 2010.** Counsel for Defendants shall arrange for the participation of Plaintiff in the telephonic trial setting conference and shall initiate the telephonic conference at 559-499-5660.

IT IS SO ORDERED.

 Dated:   **December 23, 2009**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1