# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES DAVID WILLIAMS, | ) | 1:08cv546 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING DISPOSITIVE |
| | ) | MOTION DEADLINE AND SETTING |
| v. | ) | BRIEFING SCHEDULE |
| | ) | |
| PORTERVILLE POLICE DEPARTMENT | ) | |
| et.al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Charles David Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 11, 2010, the Court held a telephonic conference to set a trial date. Jeffrey Nelson appeared on behalf of Defendants Dominick Barreau and the City of Porterville. Mr. Williams appeared on his own behalf. During the conference, Defendants requested an additional thirty (30) days within which to file a dispositive motion. Plaintiff did not object.

Therefore, Defendants SHALL file a dispositive motion within thirty (30) days of the date of service of this order. Plaintiff's opposition SHALL be filed within thirty (30) days of service of Defendants' motion. Defendants' reply, if any, SHALL be due within fourteen (14) days.

IT IS SO ORDERED.

Dated:   **January 11, 2010**              _____ **/s/ Dennis L. Beck** _____
                                                        UNITED STATES MAGISTRATE JUDGE

1