IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES DAVID WILLIAMS, Jr.,**  )<br>  )<br>  Plaintiff,  )<br>  v.  )<br>  )<br>**DOMINIC BARTEAU, and the**  )<br>**PORTERVILLE POLICE**  )<br>**DEPARTMENT,**  )<br>  )<br>  )<br>  Defendants.  )<br>_____ ) | 1:08-CV-546  AWI DLB<br><br>**ORDER VACATING MARCH 1, 2010, HEARING AND ORDER CORRECTING DOCKET** |

    Defendants City of Porterville and Dominic Barteau (incorrectly named as "Dominic Barreau") have noticed for hearing and decision a motion for summary judgment.  The matter is scheduled for hearing to be held on March 1, 2010.  Pursuant to Local Rule 230(c), the Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

    Additionally, Defendant Barteau is identified in the Docket as "Dominic Barreau."  The Clerk will be directed to change the Docket from "Dominic Barreau" to "Dominic Barteau ."

//

//

//

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of March 1, 2010, is VACATED, and the parties shall not appear at that time; as of March 1, 2010, the Court will take the matter under submission and will thereafter issue its decision; and

2. The Clerk will change party defendant "Dominic Barreau" to "Dominic Barteau " on the Docket.

IT IS SO ORDERED.

Dated: **February 23, 2010**         /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE